UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE ORTEGA,

        Petitioner,        Case No. 1:08CV312

v.        Hon. Robert J. Jonker

BLAINE C. LAFLER,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 9, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 9, 2011, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the petitioner's habeas petition is DENIED.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

      /s/ Robert J. Jonker
      ROBERT J. JONKER
      UNITED STATES DISTRICT JUDGE

DATED:  September 2, 2011